UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    John F. Young                       Case No. 08-63567-TJT
                                          Honorable Thomas J. Tucker
_____/     Chapter 7

NOTICE OF DIVIDENDS UNDER $5

TO THE CLERK OF THE COURT:

       The enclosed check in the amount of $2.03 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Smolinski & Christman PC | 5 | $ 2.03 |

Date: April 15, 2010                      /s/   Homer W. McClarty
                                                       Homer W. McClarty, Trustee (P26670)
                                                       24400 Northwestern Highway
                                                       Suite 204
                                                       Southfield, MI 48075
                                                       (248) 352-7686
                                                       trustee@morganmcclarty.com